467 A.2d 60

Commonwealth v. Miller, Appellant.

Submitted March 24, 1983. Marilyn C. Zilli, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.